Argued September 23, 1970. *Alexander Hemphill,* for appellant; *Milton M. Stein,* Assistant District Attorney, with him *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth, Appellant, *v.* Brown.

Argued September 21, 1970. *George T. Brubaker,* Assistant District Attorney, with him *Clarence C. Newcomer,* District Attorney, for Commonwealth, appellant;

Order affirmed.

WRIGHT, P. J., and WATKINS, J., dissent.

## Commonwealth *v.* Brown, Appellant.

Argued September 23, 1970. *Edward M. Kopanski,* with him *Abraham T. Needleman,* and *Needleman, Needleman, Segal, Tabb & Eisman,* for appellant; *Milton M. Stein,* Assistant District Attorney, with him *Peter S. Greenberg,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.